**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

In the Matter of the Care and Treatment of Wiley L. Chapman, Petitioner.

Appellate Case No. 2025-000402

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Chesterfield County
Michael S. Holt, Circuit Court Judge

---

Opinion No. 2026-MO-004
Heard November 19, 2025 – Filed April 22, 2026

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Deputy Chief Attorney for Capital Appeals David Alexander and Jordan Millen Wayburn, formerly of Appellate Defense, both of Columbia, both for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Christopher Runyan, both of Columbia, both for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Matter of Chapman*, Op. No. 2024-UP-390 (S.C. Ct. App. filed Nov. 27, 2024). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**